110895520
257.37
3/16/10

RECEIVED
MAR 16 2010
BANKRUPTCY COURT
BUFFALO, NY

TO: CLERK

FROM: THOMAS A. DOREY, PO Box 247, Lakewood, N.Y. 14750

DATE: ~~04-14017~~ 3-15-10

CASE: Thomas A. Lewandowski
Diane R. Lewandowski

DOCKET #: 04-14017

Enclosed please find:

( ) Chambers Copy of Motion

( ) Proposed Order

( ) Checks under $5.00

(✓) Other  Ck issued not cashed in 90 days
P/c 14(A) Charter One Auto Finan
POB 20361
Rochester, N.Y. 14602